684 A.2d 551

**Robert D. SCHAFFER, Jr., Appellant,**

**v.**

**Charles KOENIG, Thomas Clauss, Terry Hemerly, Donald J. Snyder, James O. Kirkland, Dennis O'Leary, Karl E. Emerson, Peter J. Smith, Afscme Council 13, Allan J. Bevevino, Commonwealth of Pennsylvania, Department of Transportation, Howard Yerusalem, Appellees.**

**No. 143 Middle District Appeal Docket 1996.**

Supreme Court of Pennsylvania.

Nov. 6, 1996.

*ORDER*

PER CURIAM.

AND NOW, this **6th** day of **November, 1996,** the direct appeal is quashed; the matter is treated as a petition for allowance of appeal and is denied.